**Order entered April 20, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00430-CV

**ROBERT H. HOLMES, SR., Appellant**

**V.**

**GRAHAM MORTGAGE CORPORATION, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05579**

### ORDER

Before the Court is appellant's April 16, 2020 unopposed motion to abate this appeal for thirty days while the parties pursue settlement of their dispute. We **GRANT** the motion as follows. We extend the deadline for the clerk's and reporter's records until **forty days** from the date of this order. Appellant shall file, within **thirty** days of the date of this order, either a motion to dismiss or a status report.

We **DIRECT** the Clerk of this Court to send a copy of this order to Felicia Pitre, Dallas County District Clerk; Gina Udall, Official Court Reporter for the 160th Judicial District Court; and, all parties.

/s/     ROBERT D. BURNS, III
       CHIEF JUSTICE